Russell S. Thompson, IV (Cal. Bar No. 325944)
Thompson Consumer Law Group, PC
7080 Hollywood Blvd., Suite 1100
Los Angeles, CA 90028
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com

Michael L. Greenwald (*pro hac vice*)
Greenwald Davidson Radbil PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, Florida 33487
Telephone: (561) 826-5477
mgreenwald@gdrlawfirm.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Mary Moton, on behalf of herself and others similarly situated, | Case No. 3:20-cv-05723-JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| Wells Fargo Bank, N.A., | The Hon. Magistrate Judge Joseph C. Spero |
| | Trial Date:           None set |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mary Moton and Defendant Wells Fargo Bank, N.A. stipulate to the dismissal of Plaintiff's individual claims with prejudice, and without prejudice as to her putative class action claims, with each party to bear its own attorneys' fees and costs.

DATED: April 21, 2021

GREENWALD DAVIDSON RADBIL PLLC

By: /s/ Michael L. Greenwald
Michael L. Greenwald

Attorneys for Plaintiff MARY MOTON

DATED: April 21, 2021

SEVERSON & WERSON

A Professional Corporation

By: /s/ Rebecca S. Saelao
Rebecca S. Saelao

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant WELLS FARGO BANK, N.A.

I, Michael L. Greenwald, am the ECF user whose ID and password are being used to file this document. I hereby attest that the signatory above has concurred with this filing.

/s/ Michael L. Greenwald
Michael L. Greenwald

Dated: April 21, 2021

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:20-cv-05723-JCS
STIPULATION OF DISMISSAL